IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY TOSCO, and | : | |
| TOSCO ELITE, LLC | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | NO. 07-0324 |
| BALDRIDGE REAL ESTATE, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of February, 2014, upon consideration of the Plaintiffs' Application/Petition to Re-Open Lawsuit (Docket No. 43), Defendants' Response in Opposition and Cross-Motion to Dismiss (Docket No. 47), Plaintiffs' Memorandum in Support of Plaintiffs' Motion and Response Contra Defendants' Cross-Motion (Docket No. 48), and Defendants' Reply (Docket No. 50) it is hereby **ORDERED** that:

(1) Plaintiffs' Application/Petition to Re-Open Lawsuit (Docket No. 43) is **GRANTED** and Defendants' Cross-Motion to Dismiss (Docket No. 47) is **DENIED** and

(2) This case is **RE-OPENED**.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.